# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELLORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
CHRISTOPHER J. PETRINI
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEPHEN S. CHURCHILL
STEVEN E. GURDIN

MICHAEL T. SULLIVAN
KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
JAY P. SYMONDS
SARA L. GOODMAN
CHRISTENA M. VITKOVICH
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART

WRITER'S DIRECT DIAL: 617-348-8277
E-MAIL: ASTEWART@CKRPF.COM

November 20, 2003

Clerk for Civil Business
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Mary Nolan v. Raytheon Company
      Civil Action No. 03-12236 RGS

Dear Sir/Madam:

Enclosed for filing please find an attested copy of the state court record.

Thank you for your assistance.

Very truly yours,

Amy C. Stewart

ACS/6676-116
Enclosures
cc:   James F. Kavanaugh, Jr., Esq. (w/o enclosures)
      L. Richard LeClair, Esq.