UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARY NOLAN

    V.                              CIVIL ACTION NO. 03-12236-RGS

RAYTHEON COMPANY

# ORDER OF DISMISSAL

STEARNS, DJ.                                          OCTOBER 5, 2004

    THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE FOR FAILURE OF THE PLAINTIFF TO PROSECUTE.

    SO ORDERED.

                                                    RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

    BY:

                                                    /s/ Mary H. Johnson
                                                      Deputy Clerk